## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:26-cr- 5\0-M0 |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violations: 18 U.S.C. § 2119 |
| | ) | 18 U.S.C. § 924(c) |
| | ) | 18 U.S.C. § 922(g) |
| KENNETH LEWIS MASSEY | ) | |
| | ) | |
| _____ | ) | |

THE GRAND JURY CHARGES:

### COUNT ONE
*(Carjacking)*

On or about November 24, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### KENNETH LEWIS MASSEY,

with intent to cause death and serious bodily harm, did unlawfully take from the person and presence of N.N. by force, violence, and intimidation, a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2023 Audi Q5, in violation of Title 18, United States Code, Section 2119.

### COUNT TWO
*(Possessing and Brandishing of a Firearm in Furtherance of a Crime of Violence)*

On or about November 24, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### KENNETH LEWIS MASSEY,

did knowingly possess a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, Carjacking, a violation of Title 18, United States

Code, Section 2119, as charged in Count One in this Bill of Indictment, incorporated by reference herein.

It is further alleged that said firearm was brandished, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

All in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE
*(Possession of Firearm by a Felon)*

On or about November 24, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**KENNETH LEWIS MASSEY,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock, Model 43X 9mm pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. §§ 982 and 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 982, 924, and/or 2461(c):

a. All property which constitutes or is derived from gross proceeds of the violations set forth in this bill of indictment;

b. All firearms or ammunition involved or used in such violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. One Glock, Model 43X, 9mm pistol, magazine, and ammunition seized during this investigation on or about November 24, 2025.

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

WILL WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY